# United States District Court
## WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NATHAN LITTLEFIELD

**WARRANT FOR ARREST**

CASE NUMBER: 06-CR-

06 CR 320 A

To: The United States Marshal
and any Authorized United States Officer

*[Stamp: FILED MAY 6 2009, MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]*

YOU ARE HEREBY COMMANDED to arrest ___Nathan Littlefield___
                                              Name
and bring him forthwith to the nearest magistrate judge to answer an

( X )Indictment  (  )Information  (  )Complaint  (  )Order of Court  (  )Violation Notice  (  )Probation Violation Petition

charging him with   (brief description of offense)

(Count 1) knowingly and unlawfully distributing visual depictions that had been shipped and transported in interstate and foreign commerce by means of a computer, which visual depictions were produced using a minor engaging in sexually explicit conduct, and which visual depictions were of such sexually explicit conduct; and (Count 2) knowingly, unlawfully and corruptly alter, destroy and mutilate an object, to wit, a computer and its hard drive, with the intent to impair the object's integrity and availability for use in an official proceeding

in violation of Title __18__ United States Code, Sections __2252(a)(2) and 1512(c)__ .

| HONORABLE LESLIE G. FOSCHIO | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[Signature]* | September 27, 2006, Buffalo, NY |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
\Arrested by FBI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09.28.06 | *[Signature]* Sandra S. Olden | *[Signature]* |
| DATE OF ARREST | | |
| 02.02.07 | | |